# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

SHANNON L. WILKERSON

_____/

SEALED INDICTMENT

3:23-cr-09/TKW

**THE GRAND JURY CHARGES:**

## COUNT ONE

### A. INTRODUCTION

At all times material to this Indictment:

1. On or about November 3, 2001, **SHANNON L. WILKERSON** was a member of the Armed Forces subject to Chapter 47 of Title 10 (the Uniform Code of Military Justice).

2. On or about July 31, 2004, **SHANNON L. WILKERSON** was discharged from the United States Army. On or about June 12, 2007, **SHANNON L. WILKERSON** was discharged from the United States Army Reserve.

3. The conduct alleged in the Indictment occurred at Fliegerhorst Kaserne, a United States Army base located in Hanau, Germany, outside the United States.

Returned in open court pursuant to Rule 6(f)

2/21/2023
Date

United States Magistrate Judge

FILED USDC FLND PN
FEB 21 '23 PM 12:50

4.  Venue for the trial of the offense charged in the Indictment, as provided by Title 18, United States Code, Section 3238, lies within the Northern District of Florida, in that **SHANNON L. WILKERSON** will be found and arrested in the Northern District of Florida.

## B. THE CHARGE

On or about November 3, 2001, the defendant,

### SHANNON L. WILKERSON,

with malice aforethought, and with premeditation, did unlawfully kill Amanda Gonzales, a human being, which conduct constitutes an offense under Title 18, United States Code, Section 1111, punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Sections 1111 and 3261(a)(2).

A TRUE BILL:

███████████████

FOREPERSON

Feb 21, 2023
DATE

JASON R. COODY
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

aeilen for
KENNETH A. POLITE, JR.
Assistant Attorney General

PATRICK G. JASPERSE
Trial Attorney
Human Rights and Special Prosecutions Section
United States Department of Justice

3